UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> *All Actions Set Out Below* | Case No.:  15md2670 DMS(MSB) <br><br> **ORDER CLOSING CASES** |

After consulting with counsel, the Clerk of Court shall close the following cases, all of which have been consolidated within one of the three class action plaintiff groups:

15cv1791, Pacific Groservice Inc. v. Bumble Bee

15cv1863, Youngblood v. Bumble Bee

15cv1987, Trepco Imports and Distrib. LTD v. Bumble Bee

15cv2790 Piggly Wiggly Alabama Distrib. Co., Inc. v. Bumble Bee

16cv0024, Central Grocers, Inc. v. Bumble Bee

16cv0045, Benjamin Foods LLC v. Bumble Bee

16cv0635, John Gross & Co. v. Bumble Bee

15cv1878, Davis Mathews v. Bumble Bee

15cv1887, Walnum v. Bumble Bee

15md2670 DMS(MSB)

15cv1911, Moore v. Bumble Bee

15cv1979, Nelson v. Bumble Bee

15cv2006, Moon v. Bumble Bee

15cv2011, Colberg v. Bumble Bee

15cv2012 Musgrave v. Bumble Bee

15cv2017, Joseph v. Bumble Bee

15cv2044, Ton-Vuong v. Bumble Bee

15cv2072, Fragoso v. Bumble Bee

15cv2073, Kennedy v. Bumble Bee

15cv2095, Burr v. Bumble Bee

15cv2121, Gore v. Bumble Bee

15cv2125, Mey v. Bumble Bee

15cv2129, Hudson v. Bumble Bee

15cv2144, Lesher v. Bumble Bee

15cv2160, Willoughby III v. Bumble Bee

15cv2169, Canterbury v. Bumble Bee

15cv2173, Alidad v. Bumble Bee

15cv2185, Bowman v. Bumble Bee

15cv2186, Blumstein v. Bumble Bee

15cv2187, Dravid v. Bumble Bee

15cv2216, Cooper v. Bumble Bee

15cv2271, Potvin v. Bumble Bee

15cv2278, Lybarger v. Bumble Bee

15cv2302, Caldwell v. Bumble Bee

15cv2379, Ruiz v. Bumble Bee

16cv0019, Damske v. Bumble Bee

16cv0021 Christensen v. Bumble Bee

16cv0185, Daniels v. Bumble Bee

15md2670 DMS(MSB)

15cv2020, Dutch Village Restaurant v. Bumble Bee

15cv2068, A-1 Diner v. Bumble Bee

15cv2411 Thyme Café & Market, Inc. v. Bumble Bee

16cv0112, Lesgo Personal Chef, LLC v. Bumble Bee

The following cases may also be closed as the parties have settled all claims:

16cv0051, The Kroger Co. v. Bumble Bee

16cv0398, Meijer, Inc. v. Bumble Bee

17cv0950 Super Store Indus. v. Bumble Bee

17cv0951, Super Valu Inc. v. Bumble Bee

17cv1744, Dollar General Corp. v. Bumble Bee

17cv1745, Moran Foods, LLC v. Bumble Bee

16cv1226, W Lee Flowers & Co., Inc. v. Bumble Bee

**IT IS SO ORDERED**.

Dated:  September 22, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court

3

15md2670 DMS(MSB)